<mark>DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071</mark>

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHARLIE McCORVEY,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION,<br><br>    Defendant. | Case No. 5:17-cv-00395-JGB (DTBx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE**<br><br>[Submitted Concurrently with Joint Stipulation Re Dismissal with Prejudice]<br><br>Discovery Cut-Off:  1-08-18<br>Pre-Trial Conf:  4-30-18<br>Trial Date:  5-15-18 |

**IT IS HEREBY ORDERED** pursuant to the parties' Stipulation, and good cause appearing therefor, that the above-entitled action is hereby dismissed in its entirety with prejudice. Each side shall bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: November 9, 2017

HON. JESUS G. BERNAL

<mark>ORDER RE DISMISSAL WITH PREJUDICE
CASE NO. 5:17-CV-00395-JGB (DTBX)</mark>